# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRANDON RAY RICHARD,<br><br>　　　　Defendant. | Case No. 2:20-cr-00291-KJD-DJA<br><br>**ORDER** |

　　　Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, December 14, 2021 at 10:00 a.m., be vacated and continued to February 1, 2022 at the hour of 9:30 a.m.

　　　DATED this 18th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON