# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>BRANDON RAY RICHARD,<br><br>      Defendant. | Case No. 2:20-cr-00291-KJD-DJA<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, February 1, 2022 at 9:30 a.m., be vacated and continued to March 15, 2022 at the hour of 9:30 a.m.

DATED this 26th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE

3