1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar Number 14853
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada Bar Number 1925
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Daniel.Hollingsworth@usdoj.gov
6  Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | 2:20-CR-291-KJD-DJA |
|---|---|
| Plaintiff, | **Motion to Vacate the Forfeiture Order, ECF No. 37, and Order** |
| v. | |
| BRANDON RAY RICHARD, | |
| Defendant. | |

The United States respectfully moves this Court to vacate the Preliminary Order of Forfeiture, ECF No. 37, and notifies this Court the government will not pursue forfeiture as shown in the Criminal Indictment, ECF No. 1, because the United States lacks custody of the property.

Dated: February 1, 2022.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

DATED: Mar. 1, 2022