CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
JAMES A. BLUM
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Blum@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-291-KJD-DJA |
| Plaintiff, | **Motion to Withdraw as Forfeiture Attorney** |
| v. | |
| BRANDON RAY RICHARD, | |
| Defendant. | |

Pursuant to LR IA 11-6(b), the United States moves this Court to allow James A. Blum to withdraw as the forfeiture attorney of record for the United States of America in this case. Pursuant to LR IA 11-6(e), this Motion will not delay discovery, the trial, or any hearing, and good cause is shown since no forfeiture exists in the case.

Dated: March 7, 2022.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *James A. Blum*
JAMES A. BLUM
Assistant United States Attorney

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 7, 2022