# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON RAY RICHARD,<br><br>　　　　Defendant. | Case No.: 2:20-cr-00291-KJD-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the Government's deadline to respond to Defendant's Objection to Presentence Investigation Report, currently set for May 6, 2022, is vacated and continued to May 9, 2022.

　　DATED this <u>5th</u> day of May, 2022.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE